# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Victor Alfonso Moreno Mejia,<br><br>Defendant. | Case No.:  '23 MJ3402<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about September 18, 2023, within the Southern District of California, Victor Alfonso Moreno Mejia did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Pablo Rojas Rojas
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th of September 2023.

HON STEVE B. CHU
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On September 18, 2023, at approximately 10:55 AM, Victor Alfonso MORENO Mejia, ("MORENO"), a Mexican Citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #08. MORENO was the driver, sole occupant, and registered owner of a 2018 Nissan Sentra ("the vehicle") bearing Baja California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from MORENO. MORENO stated he was crossing the border to go to San Diego, California. Upon inspection of the vehicle, the CBPO noticed anomalies with the rear seat of the vehicle and requested assistance from a Canine Enforcement Team. The Canine Enforcement Team used a Human and Narcotic Detection Dog, which alerted to the back seat of the vehicle.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the back seat of the vehicle.

Further inspection of the vehicle resulted in the discovery of 35 packages concealed in the driver's seat, passenger seat, and rear seats of the vehicle, with a total approximate weight of 44.10 kgs (97.22 lbs).  A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

1

1

2

MORENO was placed under arrest at approximately 12:00 PM.

3

During a post-Miranda interview, MORENO denied knowledge that the

4

narcotics were in the vehicle. MORENO stated that he was going shopping at a 5.11

5

store, Walmart on Olympic Parkway, and a Ross Store in San Diego. MORENO

6

7

stated that he left his vehicle at a mechanic shop in Tijuana on Friday, September

8

15, 2023. MORENO stated he is very close friends with the mechanic. MORENO is

9

a police officer in Tijuana, B.C., Mexico, and stated he had previously investigated

10

11

the same mechanic for having possible ties to cartels. MORENO then stated he

12

picked the vehicle up on Monday, September 18, 2023.

13

14

MORENO was arrested and charged with a violation of Title 21, United States

15

Code, 952 and 960, importation of a controlled substance.

16

17

18

19

20

21

22

23

24

25

26

27

28